# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00741-CV

### E. E. and C. C., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 18-FL-081, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant E. E. filed her notice of appeal on October 16, 2019. The appellate record was complete October 28, 2019, making appellant's brief due November 14, 2019. On November 14, 2019, counsel for appellant E. E. filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than December 4, 2019. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on November 15, 2019.

Before Chief Justice Rose, Justices Triana and Smith